IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
MAY 23 2007
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| LYCOS, INC., Plaintiff, | ) | |
| v. | ) | Civil Action No. 2:07cv03 (RBS/JEB) |
| TIVO INC., NETFLIX, INC., and BLOCKBUSTER, INC., Defendants. | ) | |

**AGREED ORDER**

Upon Motions of defendants NETFLIX, INC. and BLOCKBUSTER, INC. and agreement of the plaintiff, LYCOS, INC., and defendant TIVO, INC., as indicated by the endorsements of counsel below, and for good cause shown, it is hereby ORDERED that the time for defendants NETFLIX, INC. and BLOCKBUSTER, INC. to answer or otherwise respond to plaintiff's complaint is extended up to and including June 22, 2007.

Lycos, Inc. v. TiVo, Inc. et al Doc. 38 Att. 20

ENTERED this 23rd day of May, 2007.

Rebecca Beach Smith
UNITED STATES DISTRICT JUDGE

17

WE ASK FOR THIS:

Gregory N. Stillman (VA Bar No. 14308)
Brent L. VanNorman (VA Bar No. 45956)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720

Lynn H. Pasahow (CA Bar No. 054283)
Virginia K. DeMarchi (CA Bar No. 168633)
Darryl M. Woo (CA Bar No. 100513)
Darren E. Donnelly (CA Bar No. 194335)
Hector Ribera (CA Bar No. 221511)
Gaurav Mathur (CA Bar No. 242630)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

**Attorneys for Defendant NETFLIX, INC.**

Eric C. Rusnak, Esq. (VA Bar No. 65895)
Shanda N. Hastings, Esq. (VA Bar No. 68229)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
1601 K Street NW
Washington, DC 20006-1600
Telephone: (202) 778-9000
Facsimile: (202) 778-9100

**Attorneys for Defendant BLOCKBUSTER, INC.**

SEEN AND AGREED:

Kristan B. Burch (VA Bar No. 42640)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3343
Facsimile: (757) 723-8351

Joel M. Freed (VA Bar No. 06555)
Raphael V. Lupo
Brian E. Ferguson
MCDERMOTT WILL & EMERY LLP
600 13th Street, NW
Washington, DC 20005-3096

**Attorneys for Plaintiff LYCOS, INC.**

John C. Lynch, Esq.
TROUTMAN SANDERS LLP
150 W. Main Street, Suite 1600
Norfolk, VA 23510
Telephone: (757) 687-7765
Facsimile: (757) 687-1504

Dabney J. Carr, IV, Esq.
Robert A. Angle, Esq.
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218

**Attorneys for Defendant TIVO, INC.**