Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Matthew E. Leno
mleno@mwe.com
617.535.4072

August 10, 2007

**Transmitted Via ECF**

Chief Judge Mark L. Wolf
United States District Court
One Courthouse Way
John Joseph Moakley Courthouse
Boston, MA 02210

Re: Choicestream Inc. v. Lycos, Inc. (Case No. 07-10824-MLW)
Lycos, Inc. v. Tivo, Inc. et al (Case No. 07-11469-PBS)

Hon. Mark Wolf:

Please be advised that the first-filed action between Lycos, Tivo, Netflix and Blockbuster ("TiVo action")—which is related to the Choicestream case as described in the parties' briefing of the pending motion to dismiss for lack of declaratory judgment jurisdiction or stay—has been transferred from the Eastern District of Virginia to this district. That case has now been assigned to Judge Saris under Case No. 07-11469, as identified above.

The transfer of the TiVo action in no way affects the merits of Lycos' motion to dismiss. No case or controversy existed between Lycos and Choicestream when this action was filed and the transfer of the TiVo action in no way alters that fact. Transfer of the TiVo action did, however, render moot Choicestream's argument, albeit unsubstantiated, that it could not have been included it in the first-filed TiVo action because Lycos lacked personal jurisdiction over Choicestream in Virginia. Clearly, Judge Saris can exercise personal jurisdiction over Choicestream. Thus, as requested in Lycos' moving papers, this action should be dismissed outright or stayed pending resolution of the related first-filed TiVo action. Alternatively, this action should be transferred to Judge Saris pursuant to Local Rule 40.1 as the judge now presiding over the related first-filed TiVo action, which involves the same patents.

Sincerely,

/s/ Matthew Leno
Matthew E. Leno

cc: Judge Patti B. Saris - via ECF



Dockets.Justia.com

Brian Ferguson - MWE
Mike Kendall - MWE
George S. Haight, IV (counsel for Choicestream) – via ECF
Michael E. Zeliger (counsel for Blockbuster and Choicestream) – via ECF
Eric Christopher Rusnak (counsel for Blockbuster) – via ECF
Jeffrey L. Snow (counsel for Blockbuster) – via ECF
Darren Edward Donnelly (counsel for Netflix) – via ECF
Brent Lee VanNorman (counsel for Netflix) – via ECF
Dabney Jefferson Carr, IV (counsel for TiVo) – via ECF
Dawn Lee Serafine (counsel for TiVo) – via ECF