**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LYCOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIVO, INC.,<br>NETFLIX, INC., and<br>BLOCKBUSTER, INC.<br><br>Defendants. | Civil Action No. 07-11469 MLW |

**NOTICE OF APPEARANCE**

Please enter the appearance of Heather B. Repicky of the law firm of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for defendant Netflix, Inc.

NETFLIX, INC.,

By its attorneys,

*/s/ Heather B. Repicky*
Heather B. Repicky (BBO# 663347)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

Dated: August 29, 2007

**CERTIFICATE OF SERVICE**

I certify that, on August 29, 2007, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Heather B. Repicky*

1661393.1

Dockets.Justia.com