**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

LYCOS, INC.,

Plaintiff,

v.

TIVO, INC.,
NETFLIX, INC., and
BLOCKBUSTER, INC.

Defendants.

CIVIL ACTION NO. 1:07cv11469 MLW

**AFFIDAVIT OF VIRGINIA K. DEMARCHI**

I, Virginia K. DeMarchi, certify that:

1. I am a member of the Bar of the State of California and admitted to practice in all California State Courts; the United States District Court, Northern, Southern, Eastern, and Central Districts of California; the United States Court of Appeals for the Federal Circuit; and the United States Court of Federal Claims.

2. I am in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.



Dockets.Justia.com

I verify that the foregoing is correct under penalty of perjury.

Dated: August 27, 2007

Virginia K. DeMarchi

Virginia K. DeMarchi
**FENWICK & WEST LLP**
Silicon Valley Center
800 California Street
Mountain View, CA 94040
Telephone: (650) 988-8500
Fax: (650) 938-5200
email: vdemarchi@fenwick.com

23910/00402/LIT/1271392.1