**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LYCOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIVO, INC.,<br>NETFLIX, INC., and<br>BLOCKBUSTER, INC.<br><br>Defendants. | CIVIL ACTION NO. 1:07cv11469 MLW |

## AFFIDAVIT OF LYNN H. PASAHOW

I, Lynn H. Pasahow, certify that:

1. I am a member of the Bar of the State of California and am licensed to practice in all the Courts of the State; the United States District Court, Northern, Central, and Eastern Districts of California; the United States Court of Appeals for the Ninth Circuit; the United States Court of Appeals for the Federal Circuit; and the United States Supreme Court;

2. I am in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.



Dockets.Justia.com

I verify that the foregoing is correct under penalty of perjury.

Dated: August 27, 2007

Lynn H. Pasahow
**FENWICK & WEST LLP**
Silicon Valley Center, 800 California Street
Mountain View, CA 94040
Telephone: (650) 988-8500
Fax: (650) 938-5200
email: lpasahow@fenwick.com

23910/00402/LIT/1271394.1