**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LYCOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIVO, INC.,<br>NETFLIX, INC., and<br>BLOCKBUSTER, INC.<br><br>Defendants. | CIVIL ACTION NO. 1:07cv11469 MLW |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF GAURAV MATHUR**

Defendant Netflix, Inc. ("Netflix"), by and through Nutter McClennen & Fish LLP, World Trade Center West, 155 Seaport Boulevard, Boston, Massachusetts, hereby moves that Gaurav Mathur of Fenwick & West LLP be admitted *pro hac vice* in the above case. Pursuant to Local Rule 83.5.3, this motion is accompanied by the Affidavit of Gaurav Mathur.

Dated: September 7, 2007

NUTTER McCLENNEN & FISH LLP

*/s/ Heather B. Repicky*
Nelson G. Apjohn (BBO# 020373)
Heather B. Repicky (BBO# 663347)
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
Telephone: (617) 439-2000
Fax: (617) 310-9000

*Attorneys for Defendant*
*NETFLIX, INC.*



Dockets.Justia.com

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Netflix conferred with counsel for Plaintiff and all Defendants on the subject of this motion, and was advised that they assent to this motion.

*/s/ Heather B. Repicky*

## CERTIFICATE OF SERVICE

I certify that, on September 7, 2007, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Heather B. Repicky*

23910/00402/LIT/1271398.1

1661841.1