**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

LYCOS, INC.,

Plaintiff,

v.

TIVO, INC.,
NETFLIX, INC., and
BLOCKBUSTER, INC.

Defendants.

CIVIL ACTION NO. 1:07cv11469 MLW

**AFFIDAVIT OF GAURAV MATHUR**

I, Gaurav Mathur, certify that:

1. I am a member of the Bar of the State of California and admitted to practice in all California State Courts and the United States District Court, Northern District of California;

2. I am in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I verify that the foregoing is correct under penalty of perjury.

Dated: August 27, 2007

Gaurav Mathur
**FENWICK & WEST LLP**
555 California Street
12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Fax: (415) 281-1350
email: gmathur@fenwick.com

23910/00402/LIT/1271398.1