IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LYCOS, INC., | ) | |
| Plaintiff, | ) | C.A. No.07-11469-MLW |
| TIVO INC.,<br>NETFLIX, INC.,<br>BLOCKBUSTER, INC., | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Katherine J. Fick, BBO No. 654922 of the law firm FOLEY HOAG LLP, 155 Seaport Boulevard, Boston, MA 02210-2600 on behalf of Defendant TiVo Inc. in the above matter.

TIVO INC., Defendant

By its attorneys,

/s/ Katherine J. Fick
Katherine J. Fick (BBO #654922)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
tel: (617) 832-1000
fax: (617) 832-7000
kfick@foleyhoag.com

Dated: September 10, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYCOS, INC.,<br><br>Plaintiff,<br><br>TIVO INC.,<br>NETFLIX, INC.,<br>BLOCKBUSTER, INC.,<br><br>Defendants. | C.A. No.07-11469-MLW |

**CERTIFICATE OF SERVICE**

I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 10, 2007:

1. Notice of Appearance; and

2. This Certificate of Service.

/s/ Katherine J. Fick
Katherine J. Fick (BBO # 654922)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
tel: (617) 832-1000
fax: (617) 832-7000
kfick@foleyhoag.com

Dated: September 10, 2007