# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYCOS, INC., <br><br>   Plaintiff, <br><br> v. <br><br> TIVO, INC., <br> NETFLIX, INC., and <br> BLOCKBUSTER, INC. <br><br>   Defendants. | CIVIL ACTION NO. 1:07cv11469 MLW |

## NOTICE OF PAPER FILING

Pursuant to CM/ECF Administrative Rule M.6., Defendant Netflix, Inc. provides notice that the following documents were filed conventionally with the Court:

1. Memorandum of Points and Authorities in Support of Defendant Netflix, Inc.'s Motion for Summary Judgment of Noninfringement Based on Limited Issues;

2. Separate Statement of Undisputed Material Facts in Support of Defendant Netflix, Inc.'s Motion for Summary Judgment of Noninfringement Based on Limited Issues;

3. Declaration of Hector Ribera in Support of Defendant Netflix, Inc.'s Motion for Summary Judgment of Noninfringement Based on Limited Issues;

4. Declaration of Michael Hastings in Support of Defendant Netflix, Inc.'s Motion for Summary Judgment of Noninfringement Based on Limited Issues; and

5. Declaration of John Ciancutti in Support of Defendant Netflix, Inc.'s Motion for Summary Judgment of Noninfringement Based on Limited Issues.

These documents have been **filed under seal** and will be maintained by the Clerk of the United States District Court for the District of Massachusetts pursuant to the Court's November 17, 2008 Order.

Dated: November 21, 2008        Respectfully submitted,

NETFLIX, INC.,

/s/ Benjamin L. Mack
Nelson G. Apjohn (BBO No. 020373)
Benjamin L. Mack (BBO No. 661590)
Heather B. Repicky (BBO No. 663347)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
Telephone: (617) 439-2000
Fax: (617) 310-9000

-and-

Lynn Pasahow, *pro hac vice*
Virginia K. DeMarchi, admitted *pro hac vice*
Darren Donnelly, admitted *pro hac vice*
Hector Ribera, admitted *pro hac vice*
C. J. Alice Chuang, admitted *pro hac vice*
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94040
Tel. (650) 988-8500
Fax (650) 938-5200

## CERTIFICATE OF SERVICE

I certify that, on November 21, 2008, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

/s/ Benjamin L. Mack

1785968.1