# EXHIBIT A

Page 1

1           UNITED STATES DISTRICT COURT
2             DISTRICT OF MASSACHUSETTS
3                     --oOo--
4  LYCOS, INC.,                    )
                                   )
5           Plaintiff,             )
                                   ) Case No.
6       vs.                        ) 1:07-cv-11469-MLW
                                   )
7  TIVO, INC., et al.,             )
                                   )
8           Defendant.             )
                                   )

12       30(b)(6) DEPOSITION OF NETFLIX, INC.
13         BY DESIGNEE:  JOHN R. CIANCUTTI

15         Wednesday, December 17, 2008
16                   Volume
17              (Pages 1 - 87)

20    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

23  REPORTED BY:  ANA M. DUB, RMR, CRR, CSR 7445
    JOB NO. 2003-415379A



```
 1   absolute certainty what the line means.
 2   [REDACTED]
 3   [REDACTED]
 4   [REDACTED]
 5   [REDACTED]
 6   [REDACTED]
 7   [REDACTED]
 8   [REDACTED]
 9   [REDACTED]
10   [REDACTED]
11   [REDACTED]
12   [REDACTED]
13   [REDACTED]
14   [REDACTED]
15   [REDACTED]
16        Q.   And what does it represent?
17        A.   I would have to look at the code to
18   precisely answer that question.
19        Q.   As you sit here today, you don't know?
20        A.   As I sit here today, I would need to look
21   at the code to precisely answer the question.
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]
```

1  ████████████████████████████████████████
2  ██████████
3  ████████████████████████████████████████
4  ████████████████████████████████████████
5  ████████████████████████████████████████
6  ██████████████████████████████████████n.
7  ████████████████████████████████████
8  ██████████
9      A.    Again, without looking at the code, I can
10  only characterize my understanding.
11      Q.    Understood.
12  ████████████████████████████████████████
13  ████████████████████████████████████class
14  ████████████████████████████████████
15  ██████████████████████████
16  ██████████████████████████████
17  ████████████████████████████████████████
18  ██████████
19  ████████████████████████████████████████
20  ████████████████████████████████████████t
21  ██████████████████████.
22      Q.    Okay. ████████████████████████████
23  ████████████████████████████████████████
24  ██████████ You know, we could go back step by step
25  through the code.  That's part of the reason I

1  didn't want to focus on the lines of code, because
2  we tend to focus as opposed to looking at the big
3  picture.
4  ████████████████████████████████████████
5  ████████████████████████████████████████
6       MR. DONNELLY: Objection; vague and
7  ambiguous.
8       THE WITNESS: I don't understand what you
9  mean when you say "in the big picture." And I don't
10 understand what I -- what I hear you characterizing
11 as a distinction between what happens in the code
12 and what happens in some other context with respect
13 to the variables in the code.
14      MR. LENO: Q. I just meant outside of
15 this particular code. Let me ask a separate, clean
16 question.
17 ████████████████████████████████████████
18 ████████████████████████████████████████
19      A. I recall no circumstance under which that
20 is the case.
21 ████████████████████████████████████████
22 ████████████
23 ████████████████████████████████████████
24 ████████████████████████████████████████
25 ████████████████████████████████████████

1  day-to-day basis and it executes the
2  ███████████████████████████████████████
3  ████████████████████████
4      A.   There are multiple machines that run the
5  Netflix code.
6  ███████████████████████████████████████
7  ██████████
8          MR. DONNELLY:  Objection; asked and
9  answered.
10         THE WITNESS:  You're asking me what's
11 happening within the computer that's running this
12 code?
13         MR. LENO:  Q.  Yes.
14 ███████████████████████████████████████
15 ███████████████████████████████████████
16 ████████████████████
17     Q.   Okay.
18     A.   I guess I'm not sure I understand the
19 question.
20     Q.   Yeah.  So let me ask it a different way.
21 ███████████████████████████████████████
22 ███████████████████████████████████████
23 ███████████████████████████████████████
24 ██████████████████
25 ███████████████████████████████████████

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ And I'm not expert on compilers, but
3  my understanding of what a compiler does is it then
4  creates the equivalent logic in a representation
5  that can be executed on a particular computer or
6  operating system.
7       Q.   Okay.  And when the compiler -- when the
8  compiler translates this code -- this source code
9  into machine language, does it convert it into
10 essentially ones and zeros?
11           MR. DONNELLY:  Objection; vague and
12 ambiguous, calls for speculation.
13           THE WITNESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  I cannot tell you how
17 a compiler would represent it.
18           The -- the compiler is an interpreter of
19 the same information in two different languages, one
20 that an engineer would understand and another that
21 the machine would understand.  I can't characterize
22 for you the machine version.  I can characterize for
23 you the version that an engineer would understand.
24           MR. LENO:  Q.  Okay.
25       A.   And that is the logic that we're

1   discussing here.
2   █████████████████████████████████
3   █████████████████████████████████
4   ████████████████████
5   █████████████████████████████████
6   ██████████████████
7   ████████████████████████████████
8   █████████████████████████████████
9   █████████████████████████████████
10  █████████████████████████████████
11  ████████████████████████████████
12  ██████
13  ████████████████████████████████
14  █████████████████████████████████
15  █████████████████████████████████
16  ████████████████████
17  ████████████████████████████████
18  ████████████████████████████
19  █████████████████████████████████
20  █████████████████████████████████
21  █████████████████████████████████
22  █████████████████
23      A.   You're referring to all of the lines,
24  including --
25      Q.   Yes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 48

1  ████████████████████████████████
2  ████████████████████████████████
3  ██████████████████████
4     Q.   Yes, correct.
5     A.   I believe that is the case, yes.
6  ████████████████████████████████
7  ████████████████████████████████
8  ██████████████
9  ████████████████████████████████
10 ████████
11 ████████████████████████████████
12 ████████████████
13 ████████████████████████████████
14 ██████████████
15 ████████████████████████████████
16 ████████████████████████████████
17 ████████████████████████████████
18 ██████████████████████
19 ████████████████████████
20 ██████████████████
21    A.   I'm not specifically recalling any use of
22 that functionality that I'm aware of.
23 ████████████████████████████████
24 ██████
25    A.   What function -- the logic that's defined

1  within the function that I described earlier -- or
2  rather, I guess I should say for which I attempted
3  to characterize my understanding of earlier.
4  ████████████████████████
5  ████████████████████████████████████
6  ████████
7  ██████████████████████████████████
8  ████████████████████████████████████
9  ██████████████████████████████
10  ████████████████████████████
11  ████████████████████████████████████?
12      A.  To give you a precise answer to that
13  question, ████████████████████████████
14  ████████████████████████████████████
15  ██████████████████████████████
16      Q.  Let's start with your general
17  understanding, please.
18      A.  ████████████████████████████████
19  ████████████████████████████████████
20  ████████████████████████████████████
21  ████████████████████████████████████
22  ██████████████████████████████
23      Q.  ██████████████████████████████
24  ████████████████████████████████████
25      A.  ████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 55

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3     A.   So I can't precisely define the answer as
4  it is represented in the code.  I can represent my
5  understanding of that code --
6     Q.   Please do.
7     A.   -- some of which is not here.
8          So with that caveat, I believe the answer
9  to your question is yes.
10 ████████████████████████████████████████
11 ████████████████████████████████████████
12 █████
13    A.   From a code perspective, no.  If you're
14 asking me to chain the logic together in a
15 conceptual way --
16    Q.   Yes, please do.
17    A.   -- that is a conceivable outcome.  It is,
18 so far as I understand, a possible outcome.
19 ████████████████████████████████████████
20 ████████████████████████████████████████
21 ████████████████████████████████████████
22 █████████
23    A.   You're asking me to reflect in part on
24 code that's not represented here, so --
25    Q.   Understood.

```
 1     A.    -- the same caveat applies to my answer.
 2           And I believe the answer to be yes.
 3     Q.    Okay.  Then the next two lines of code --
 4  and I say lines of code as they're written on this
 5  page -- as they're printed on this page, would
 6  that -- ████████████████████████████████████████
 7  ████████████████████████████████████████████████
 8  ████████████████████████████████████████████████
 9  ██████████████████████
10     A.    Can you just define for me, when you say
11  "the next two lines," which lines?
12     Q.    I'm sorry.
13     A.    You're referring to the lines directly
14  after --
15     Q.    Yes.  "Else" and then "return sTestSet
16  ParentalRating."
17     A.    Okay.  I apologize.  Can you just ask the
18  question again --
19     Q.    Sure.
20     A.    -- now that I know precisely what --
21     Q.    ████████████████████████████████████████
22  ████████████████████████████████████████████████
23  ████████████████████████████████████████████████
24  ████████████████████████████████████████████████
25  ████████████████████████████████████████████████
```

Page 57

1    █████████████
2    ████████████████████████████████████████
3    ███ I can only characterize my understanding, which
4    is yes.
5         Q.   Thank you. ███████████████████████████
6    ███████████████████████████████████
7    ██████████████████████████ I'm sorry. Strike that.
8    ██████████████████████████████
9    ██████████████
10        A.   I believe I am, yes.
11        Q.   Okay. ████████████████████████
12   ████████████████████████████████
13   ████████████████████████████████████
14   ████████████████████████████████████
15   ████████████████████████████████
16   ████████████████████████████████████
17   ████████████████████████████████████
18   ██████████████████.
19        Q.   ██████████████████████████
20   ████████████████████████████████████
21   ██████████
22        A.   I'm not precisely aware of any current
23   use.
24        Q.   ████████████████████████████████
25   ████████████████████████████████

```
12:20:01  1              CERTIFICATE OF REPORTER
12:20:01  2         I, ANA M. DUB, a Certified Shorthand
12:20:01  3    Reporter, hereby certify that the witness in the
12:20:01  4    foregoing deposition was by me duly sworn to tell
12:20:01  5    the truth, the whole truth, and nothing but the
12:20:01  6    truth in the within-entitled cause;
12:20:01  7         That said deposition was taken down in
12:20:01  8    shorthand by me, a disinterested person, at the time
12:20:01  9    and place therein stated, and that the testimony of
12:20:01 10    the said witness was thereafter reduced to
12:20:01 11    typewriting, by computer, under my direction and
12:20:01 12    supervision;
12:20:01 13         That before completion of the deposition,
12:20:01 14    review of the transcript [X] was [ ] was not
12:20:01 15    requested.  If requested, any changes made by the
12:20:01 16    deponent (and provided to the reporter) during the
12:20:01 17    period allowed are appended hereto.
12:20:01 18         I further certify that I am not of counsel
12:20:01 19    or attorney for either or any of the parties to the
12:20:01 20    said deposition, nor in any way interested in the
12:20:01 21    event of this cause, and that I am not related to
12:20:01 22    any of the parties thereto.
12:20:01 23         DATED: December 24, 2008.
         24
                              _____
12:20:01 25              ANA M. DUB, RMR, CRR, CSR No. 7445
```