UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYCOS, INC. | ) |
| | ) |
| v. | )  C.A. NO. 07-11469-MLW |
| | ) |
| NETFLIX, INC., | ) |
| BLOCKBUSTER, INC. | ) |

ORDER

Wolf, D.J.                                                    June 18, 2009

For the reasons described in detail in court on June 16, 2009, it is hereby ORDERED that:

1. (a) Defendant Netflix Inc.'s Motion for Summary Judgment of Noninfringement Based on Limited Issues (Docket No. 99) is ALLOWED.

(b) Final Judgment for Netflix Inc. pursuant to Federal Rule of Civil Procedure 54(b) shall enter 14 days after the official transcript of the June 16, 2009 decision is docketed.

2. Defendant Blockbuster Inc.'s Motion for Summary Judgment of Noninfringment (Docket No. 101) is ALLOWED with respect to Patent No. '5,867,799 and DENIED with respect to Patent No. 5,983,214.

3. By August 7, 2009, Lycos Inc. and Blockbuster Inc. shall confer and notify the court whether they have agreed to settle the case and, if not, whether both request a stay to pursue mediation. If the remaining parties have not agreed to a settlement or to mediation, they shall submit a proposed schedule to prepare the case for trial. See Local Rule 16.6 of the Local Rules of the United States District Court for the District of Massachusetts.

  4. If necessary, a scheduling conference will be held on August 26, 2009, at 3:00 p.m.

             /s/ Mark L. Wolf
            UNITED STATES DISTRICT JUDGE