```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

LYCOS, INC.,                    )
     Plaintiff,                 )
                                )
     v.                         )    C.A. NO. 07-11469-MLW
                                )
                                )
BLOCKBUSTER, INC.,              )
     Defendant.                 )
```

ORDER

Wolf, D.J.                                        August 26, 2009

    For the reasons stated at the August 26, 2009 Lobby Conference, it is hereby ORDERED that:

    1.  This case is STAYED.

    2.  By October 2, 2009, the parties shall report:

        a)  whether they have settled this matter;

        b)  whether Lycos, Inc. intends to appeal the entry of summary judgment for defendant Netflix, Inc., and whether defendant Blockbuster, Inc. seeks authorization to participate in that appeal; and

        c) if necessary, the parties shall propose a schedule for continued litigation.

    3.  On October 9, 2009, at 3:30 p.m. a scheduling conference shall be held.

                                                    /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE