# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYCOS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TIVO, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-11469-MLW |

## UNOPPOSED MOTION TO VACATE JUDGMENT AGAINST NETFLIX, INC.

Plaintiff Lycos, Inc. ("Lycos") hereby moves the Court to vacate judgment entered for Defendant Netflix, Inc. ("Netflix"). As grounds for this motion, Lycos states as follow:

1.  On July 29, 2009, this Court entered Judgment for Netflix. (Docket No. 166)

2.  On August 13, 2009, this Court entered an Amended Judgment for Netflix. (Docket No. 171)

3.  Lycos appealed the Amended Judgment to the United States Court of Appeals for the Federal Circuit.

4.  Lycos and Netflix have entered into a settlement agreement that has settled and resolved all disputes raised by the litigation between Lycos and Netflix. Although Lycos continues to disagree with the claim constructions on which the Amended Judgment is based, Lycos dismissed the appeal in light of the settlement with Netflix. Netflix does not oppose a vacatur of the Court's judgment in favor of Netflix. Lycos therefore moves the Court to vacate the Amended Judgment against Netflix because all matters between the parties have been resolved and Lycos has agreed to forego its right to appeal.

5. The parties will file the Stipulated Order of Dismissal attached as Exhibit A if the Court grants this motion.

                                        Respectfully submitted,

                                        LYCOS, INC.,

                                        By its attorneys,

Dated: October 22, 2009                     /s/ Matthew E. Leno
                                                    Thomas O. Bean (BBO# 548072)
                                                     Sarah Chapin Columbia (BBO# 550155)
                                                     Matthew E. Leno (BBO# 657152)
                                                     Hasan M. Rashid (BBO# 672576)
                                                     McDermott Will & Emery LLP
                                                     28 State Street
                                                     Boston, MA 02109-1775
                                                     Telephone: (617) 534-4000
                                                     Facsimile: (617) 535-3800

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 22, 2009.

/s/ Matthew E. Leno

BST99 1627614-1.057077.0036