## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYCOS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>TIVO, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-11469-MLW |

## **WITHDRAWAL OF MOTION TO VACATE JUDGMENT AGAINST NETFLIX, INC.**

Plaintiff Lycos, Inc. ("Lycos") hereby withdraws its Motion to Vacate Judgment Against Netflix, Inc. (No. 184) filed on October 22, 2009.

            Respectfully submitted

            LYCOS, INC.

            By its attorneys,

Dated:  October 22, 2009     /s/ Matthew E. Leno
            Thomas O. Bean (BBO# 548072)
            Sarah Chapin Columbia (BBO# 550155)
            Matthew E. Leno (BBO# 657152)
            Hasan M. Rashid (BBO# 672576)
            McDermott Will & Emery LLP
            28 State Street
            Boston, MA 02109-1775
            Telephone:  (617) 534-4000
            Facsimile:  (617) 535-3800

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 22, 2009.

/s/ Matthew E. Leno

BST99 1627614-1.057077.0036