UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYCOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIVO, INC., et al., <br><br> Defendants. | Civil Action No. 1:07-cv-11469-MLW |

## JOINT STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS

Lycos, Inc. ("Lycos") and Blockbuster Inc. ("Blockbuster") submit this joint report pursuant to this Court's October 15, 2009 Order (Docket No. 182).

Blockbuster extended a settlement offer to Lycos this morning. That offer is currently being considered by Lycos. As of the filing of this paper, however, the parties have not agreed to settlement.

### A. Lycos' Statement Regarding Mediation

Lycos does not believe that mediation would be helpful and does not wish to engage in mediation at this time.

### B. Blockbuster's Statement Regarding Mediation

Blockbuster believes that mediation would be helpful in settling this action and is willing to participate in mediation to attempt to resolve the parties' dispute.

|  |  |
|---|---|
|  | Respectfully submitted, |
| BLOCKBUSTER INC., | LYCOS, INC., |
| By its attorneys, | By its attorneys, |
| /s/ Michael E. Zeliger | /s/ Hasan M. Rashid |
| Michael E. Zeliger (BBO# 633654) | Thomas O. Bean (BBO# 548072) |
| Jeffrey L. Snow (BBO# 566388) | Sarah Chapin Columbia (BBO# 550155) |
| George S. Haight (BBO# 660935) | Matthew E. Leno (BBO# 657152) |
| K&L Gates LLP | Hasan M. Rashid (BBO# 672576) |
| State Street Financial Center | McDermott Will & Emery LLP |
| One Lincoln Street | 28 State Street |
| Boston, Massachusetts 02111-2950 | Boston, Massachusetts 02109-1775 |
| (617) 261-3100 | Telephone: (617) 535-4000 |
|  | Facsimile: (617) 535-3800 |

Dated: October 30, 2009

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 30, 2009.

/s/ Hasan M. Rashid

BST99 1632220-1.057077.0036