```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

LYCOS, INC.,                      )
     Plaintiff,                   )
                                  )
     v.                           )     C.A. No. 07-11469-MLW
                                  )
BLOCKBUSTER, INC.,                )
     Defendant.                   )
```

ORDER

WOLF, D.J.                                         January 26, 2010

It is hereby ORDERED that:

1. The Assented-To Motion to Postpone Deadlines (Docket No. 196) is ALLOWED.

2. The Assented-To Motion to Continue Hearing (Docket No. 198) is ALLOWED. A hearing on Lycos's Motion to Enforce a Settlement Agreement will be held on March 2, 2010, at 10:30 a.m.

                                    /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE